UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>HAPPY HEN DINER, et al.,<br><br>  Defendants. | Case No.  14-cv-04967-JST<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: ECF Nos. 11, 12 |

On April 15, 2015, the Court issued an Order to Show Cause, in which it ordered Plaintiffs to: (1) serve Defendant Happy Hen Diner; and (2) seek entry of default against Defendant Cardosa Properties, Inc.  ECF No. 11.  The Court also set a May 27, 2015 hearing on the Order to Show Cause, which the Court would vacate if Plaintiffs took the foregoing actions.  Id.

On April 27, 2015, Plaintiffs filed a response to the Court's April 15 order.  ECF No. 12.  In the response, Plaintiffs explained that Defendant Happy Hen Diner is actually a d/b/a, and not a separate defendant (although it is listed as a defendant on the caption of the complaint).  Id. at 1.  Plaintiffs also explained that, although their first attempt at service on Defendant Cardosa Properties was ineffective, they had recently re-served that Defendant on April 12, 2015.  Id. at 2.  Cardosa Properties' answer is now due May 4, 2015.

In light of the foregoing, the Court hereby continues the hearing on the order to show cause to June 4, 2015 at 2:00 p.m.  If Defendant Cardosa Properties answers the complaint by May 4, 2015, Plaintiffs shall file an administrative motion to vacate the order to show cause and the hearing on the order to show cause, and the parties shall proceed with the case according to the timeline set forth in Northern District General Order 56, available at http://cand.uscourts.gov/generalorders.  See, e.g., ECF No. 4.  If Defendant Cardosa Properties does not file a timely answer to the complaint, Plaintiffs shall file a motion for entry of default by

1 the Clerk of the Court pursuant to Rule 55 of the Federal Rules of Civil Procedure. That motion
2 shall be due by May 19, 2015. In conjunction with the Motion for Entry of Default, Plaintiffs
3 shall file an administrative motion to vacate the order to show cause and the June 4, 2015 hearing
4 on the order to show cause.

5     IT IS SO ORDERED.

6 Dated: April 28, 2015

                              JON S. TIGAR
                           United States District Judge