1     THOMAS E. FRANKOVICH (State Bar No. 074414)
       THOMAS E. FRANKOVICH,
2     *A Professional Law Corporation*
       4328 Redwood Hwy., Suite 300
3     San Rafael, CA 94903
       Telephone:     415/674-8600
4     Facsimile:     415/674-9900

5     Attorneys for Plaintiffs
       IRMA RAMIREZ and
6     DAREN HEATHERLY

7                 **UNITED STATES DISTRICT COURT**

8                 **NORTHERN DISTRICT OF CALIFORNIA**

9

10     IRMA RAMIREZ; and DAREN     )   **CASE NO. 4:14-cv-04967-JST**
       HEATHERLY,                         )
11                               )   **STIPULATION AND [PROPOSED]**
           Plaintiffs,             )   **ORDER FOR PLAINTIFFS TO AMEND**
12                               )   **COMPLAINT**
       v.                                 )
13                               )
       HAPPY HEN DINER; and CARDOSA   )
14     PROPERTIES, INC.,               )
                              )
15            Defendant.            )
       _____ )

16        **IT IS STIPULATED**, by and through the parties respective attorney of record that

17 plaintiffs IRMA RAMIREZ and DAREN HEATHERLY be permitted leave to file the

18 [proposed] First Amended Complaint attached as Exhibit "A" for the following reasons:

19        1.       Plaintiffs have learned from defendant's counsel, Douglas B. Prvencher, that since

20 the filing of the complaint dated November 10, 2014, defendant CARDOSA PROPERTIES has

21 since sold the property on December 2, 2014, to HTAY Win LLC.  Plaintiffs' have also added to

22 the [proposed] First Amended Complaint one (1) post visit to the subject HAPPY HEN on

23 May 9, 2015.

24        2.       The answer previously filed by defendant CARDOSA PROPERTIES shall serve

25 as its answer to the First Amended Complaint.

26        This stipulation may be executed in counterparts, and all executed counterparts shall

27 constitute an agreement which shall be binding upon all parties hereto, notwithstanding that the

28 signatures of all of the parties' designated representatives do not appear on the same page.

1    Photocopies and facsimile shall have the same force and effect as originals.

2

3                                          Respectfully Submitted,

4

5    Dated: 6/24 , 2015                    THOMAS E. FRANKOVICH,

6                                          *A PROFESSIONAL LAW CORPORATION*

7

8                                          By: _____ /s/Thomas E. Frankovich _____
                                                  Thomas E. Frankovich
9                                          Attorney for Plaintiffs IRMA RAMIREZ and
10                                         DAREN HEATHERLY

11
     Dated: 6/24 , 2015                    PROVENCHER & FLATT LLP
12

13
                                           By: _____
14                                              Douglas B. Provencher 77823
15                                         Attorney for Defendant CARDOSA PROPERTIES,
                                           INC.
16
                                                    **ORDER**
17
             Pursuant to the parties' stipulation, **IT IS ORDERED** that plaintiffs IRMA RAMIREZ
18
     and DAREN HEATHERLY have leave of this Court to file the First Amended Complaint
19
     attached hereto as Exhibit "A," and that the answer previously filed by defendant CARDOSA
20
     PROPERTIES, INC. shall be deemed an answer for defendant CARDOSA PROPERTIES, INC.
21
     to the First Amended Complaint.
22

23

24   Dated: June 25 , 2015
25                                         Honorable Jon S. Tigar
26                                         United States District Judge of California

27

28