THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: (415) 444-5800
Facsimile: (415) 674-9900

Attorney for Plaintiffs
IRMA RAMIREZ and
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>Plaintiffs,<br><br>v.<br><br>HAPPY HEN DINER; and CARDOSA PROPERTIES, INC.,<br><br>Defendant. | CASE NO. 4:14-cv-04967-JST<br><br>STIPULATION and [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE |

Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and defendants HAPPY HEN DINER; and CARDOSA PROPERTIES, INC, by and through their respective attorney of record stipulate to continue the further Case Management Conference set for September 2, 2015, at 2:00 p.m. for the following reasons:

1. **Whereas,** a First Amended Complaint was filed on June 29, 2015 and the Amended Summons was issued July 8, 2015, Defendant, HTAY WIN LLC, was personally served August 19, 2015; and

2. **Therefore,** the parties respectfully request that the Case Management Conference currently scheduled for September 2, 2015 at 2:00 p.m. be continued up to and including additional ninety (90) days and/or to a date that is convenient to the Court to give and allow HTAY WIN LLC sufficient time to appear, answer and meaningfully participate at the Case

STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE                                    CASE NO. 4:14-cv-04967-JST

1  Management Conference.
2  **IT IS SO STIPULATED.**
3  This stipulation may be executed in counterparts and have the same force and effect as
4  though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall
5  have the same force and effect as originals.

Respectfully submitted,

Dated: August 25, 2015          THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

                                By: ____/s/Thomas E. Frankovich_____
                                    Thomas E. Frankovich
                                Attorney for Plaintiffs IRMA RAMIREZ; and
                                DAREN HEATHERLY

STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE                     CASE NO. 4:14-cv-04967-JST          2

Dated: August 25, 2015

DOUGLAS B. PROVENCHER,
PROVENCHER & FLATT LLP

By: /s/ Douglas Provencher 77823

Douglas Provencher

Attorney for Defendants CARDOSA PROPERTIES, INC.

[PROPOSED] ORDER

**IT IS SO ORDERED** that the Case Management Conference set for September 2, 2015, at 2:00 p.m. is vacated and/or continued to December 2, 2015, at 2:00 a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: August 25, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA