1  THOMAS E. FRANKOVICH (State Bar No. 074414)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  1832-A Capitol Street
   Vallejo, CA 94590
4  Telephone:   (415) 444-5800
5  Facsimile:   (415) 674-9900

6  Attorney for Plaintiffs
7  IRMA RAMIREZ and
   DAREN HEATHERLY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>   Plaintiffs,<br><br>v.<br><br>CARDOSA PROPERTIES, INC. *et al.*,<br><br>   Defendants. | CASE NO. 3:14-cv-04967-JST<br><br>STIPULATION and [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE |

Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY and DEFENDANTS CARDOSA PROPERTIES, INC and HTAY WIN LLC, by and through their respective attorney of record stipulate to continue the further Case Management Conference currently set for December 2, 2015, 2015, at 2:00 p.m. for the following reasons:

1. **Whereas**, all defendants have been served with the summons and complaint and defendants have answered plaintiffs' complaint;

STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

2. **Whereas**, the parties conducted the General Order 56 Joint Site Inspection on November 11, 2015;

3. **Whereas,** on November 19, 2015, plaintiffs submitted a formal demand to defendants.

4. **Whereas,** in the event the parties do not settle by November 30, 2015, Plaintiff will file a request for mediation.

5. **Whereas,** the parties believe it would be in the interests of efficiency and economy to continue the Case Management Conference in order to participate in a mediation and reduce fees and costs.

6. **Therefore**, the parties respectfully request that the Case Management Conference currently scheduled for December 2, 2015, at 2:00 p.m. be continued to sometime after the mediation has been completed and/or to a date that is convenient to the Court.

**IT IS SO STIPULATED**.

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: November 23, 2015         THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:  /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiffs

Dated: November 23, 2015         LAW OFFICES OF JEFFREY A. CHEN

                                 By:  /s/ Jeffrey Chen
                                 Jeffrey A. Chen
                                 Attorney for Defendant Htay Win LLC

//

Dated: November 23, 2015                    PROVENCHER & FLATT LLP

By: /s/ Douglas B. Provencher
Douglas B. Provencher
Attorney for Defendant CARDOSA PROPERTIES, INC.

**[PROPOSED] ORDER**

**IT IS SO ORDERED** that the Case Management Conference set for December 2, 2015, at 2:00 p.m. is vacated and/or continued to February 10, 2016, at 2:00 ~~a.m.~~/ p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: November 23, 2015

Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar