UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARDOSA PROPERTIES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-04967-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Because the parties have recently requested that the case be referred to court-sponsored mediation, ECF No. 37, and the Court anticipates that a mediator will shortly be appointed, the Court now CONTINUES the Case Management Conference currently scheduled for February 10, 2016 to May 25, 2016 at 2:00 p.m.  A Joint Case Management Statement is due by May 18, 2016.

　　　　IT IS SO ORDERED.

Dated:  January 29, 2016



_____
JON S. TIGAR
United States District Judge