UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

   Plaintiffs,

  v.

CARDOSA PROPERTIES, INC., et al.,

   Defendants.

Case No.  14-cv-04967-JST

**ORDER TO FILE NOTICE OF SETTLEMENT**

  The parties participated in a mediation session that resolved in settlement.  Within fourteen days of the date of this Order, the parties shall file either a notice of settlement or a statement informing the Court that the case has not settled.  If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

  IT IS SO ORDERED.

Dated: March 22, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California