UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CARDOSA PROPERTIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04967-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 41 |

　　　　The parties stated on the record on March 24, 2016, that they have settled this action. See ECF No. 41.  Accordingly, all deadlines and hearings in this case are VACATED.  By May 31, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

　　　　The Court also hereby SETS a case management conference on June 15, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

　　　　IT IS SO ORDERED.

Dated: March 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge